*Attorney General Yeagley, Philip R. Monahan* and *Kevin T. Maroney* for the United States.

No. 866. NATIONAL LABOR RELATIONS BOARD *v.* RADIO & TELEVISION BROADCAST ENGINEERS UNION, LOCAL 1212, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO. C. A. 2d Cir. Certiorari granted. *Solicitor General Rankin, Stuart Rothman* and *Dominick L. Manoli* for petitioner. *Robert Silagi* for respondent.

No. 875. CARBO *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted. *A. L. Wirin* and *Fred Okrand* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 453, Misc. NEWSOM *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Appeals of Virginia granted. Case transferred to appellate docket. Petitioner *pro se.* *A. S. Harrison, Jr.*, Attorney General of Virginia, and *Thomas M. Miller*, Assistant Attorney General, for respondent.

No. 790. ALUMINUM COMPANY OF AMERICA *v.* LOVE-DAY ET AL. C. A. 6th Cir. Certiorari denied. *Frank L. Seamans, William H. Eckert* and *R. R. Kramer* for petitioner. *John P. Davis, Jr., Richard L. Carson* and *J. H. Doughty* for respondents.